IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00255-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HEIDI HINTON,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING
---

The Rule 20 transfer of this matter being now completed (Dkt. # 15), a Change of Plea hearing is set for **Monday, July 24, 2006 at 10:30 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>5:00 p.m.</u> on July 20, 2006.** <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (***see*** D.C.COLO.LCrR 11.1F).**

DATED: June 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge