# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes         Date: October 16, 2006
Court Reporter: Darlene Martinez
Probation Officer: Doug Randolph

Criminal Action No. 06-cr-00255-PSF

*Parties:*                                 *Counsel:*

UNITED STATES OF AMERICA,                  Patricia Davis

    Plaintiff,

v.

HEIDI HINTON,                              Edward Harris

    Defendant.

_____

## SENTENCING MINUTES
_____

**11:04 a.m.** Court in session.

Defendant present on bond.

**Change of Plea Hearing:** July 24, 2006.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** Government's Motion for Downward Departure Pursuant to Section 5k1.1

of the Sentencing Guidelines **(21)** is **granted.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of time served.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **three years.**

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.  (Defendant shall pay a fine of $ . )

**RESTITUTION:**
Defendant shall pay restitution in the amount of $3,000.00, payable in equal monthly instalments during the three yeas of supervised release.

Interest is waived.

Payments are to be made to the Clerk of the United States District Court for

disbursement to the payee:

Bank of Louisville
DBA: Branch Banking and Trust
Attn: Mr. David Hall - Corporate Security
2208 Holiday Manor Center
Louisville, Kentucky 40222
Reference: Restitution from Fraud on September 13, 14, and 15, 1999.

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**    Bond is discharged.

**11:30 a.m.    Court in recess/hearing concluded.**

Total in-court time: 00:26.